```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A01-0226--CV (JWS)
              "W.A. BOTTING CO V WASHINGTON INTL INS CO"

          Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/27/01
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions

           Origin: (1) Original Proceeding
           Demand: 175
       Filing fee: Paid $150.00 on 07/27/01 receipt # 00115221
         Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            W.A. BOTTING CO/THE POOLE & KENT       Raymond H. Royce III
                   CO, JOINT VENTURE                      Royce & Brain
                                                          1407 W. 31st Avenue, 7th Floor
                                                          Anchorage, AK 99503-3678
                                                          907-258-6792
                                                          FAX 907-276-2919

                                                          Patrick A. Sullivan
                                                          Winston & Cashatt
                                                          1900 Seafirst Financial Center
                                                          Spokane, WA 99201
                                                          509-838-6131

                                                          Robert H. Crick
                                                          Winston & Cashatt
                                                          1900 Seafirst Financial Center
                                                          Spokane, WA 99201
                                                          509-838-6131

                                                          John H. Guin
                                                          Winston & Cashatt
                                                          1900 Seafirst Financial Center
                                                          Spokane, WA 99201
                                                          509-838-6131

DEF 1.1            WASHINGTON INTERNATIONAL INSURANCE     Bruce E. Falconer
                   CO                                     Boyd Chandler et al
                                                          825 W. 8th Avenue, Suite 200
                                                          Anchorage, AK 99501
                                                          907-272-8401
                                                          FAX 907-274-3698

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0226--CV (JWS)
            "W.A. BOTTING CO V WASHINGTON INTL INS CO"

         Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
|  | Michael J. Weber |
|  | Leo & Weber |
|  | One N. LaSalle Street, |
|  | Suite 3600 |
|  | Chicago, IL 60602 |
|  | 312-857-0910 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A01-0226--CV (JWS)
                              "W.A. BOTTING CO V WASHINGTON INTL INS CO"

                                       For all filing dates


  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/27/01
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions

           Origin: (1) Original Proceeding
           Demand: 175
       Filing fee: Paid $150.00 on 07/27/01 receipt # 00115221
         Trial by:


Document #   Filed       Docket text

     1 -  1  07/27/01    Complaint w/att exhs filed.

     2 -  1  08/10/01    DEF 1 Attorney Appearance of Bruce E. Falconer (HICKS).

     3 -  1  08/14/01    DEF 1 Application re: non-resident attorney, M. Weber, to appear and
                         participate.

     4 -  1  08/15/01    JWS Order granting mot for participation of non-resident atty, M. Weber.
                         cc: cnsl, M. Weber

     5 -  1  08/15/01    DEF 1 Answer to Complaint.

     6 -  1  08/16/01    JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 21 days. cc: cnsl

     7 -  1  09/04/01    Stipulation staying case for 1 year pending admin action.

     7 -  2  09/06/01    JWS Order granting stip staying case for 1 year pending admin action
                         (7-1). cc: cnsl

     8 -  1  09/28/01    PLF 1 Application re: non-resident attorney Patrick A. Sullivan, Robert
                         H. Crick, and John H. Guin w/lcl cnsl Raymond H. Royce w/att exhs.

     9 -  1  10/03/01    JWS Order granting motion for association of out-of-state cnsl pro hac
                         vice of Patrick Sullivan, Robert Crick & John Guin. cc: cnsl

    10 -  1  08/29/02    Stipulation and req for addtl stay for one year.

    10 -  2  09/03/02    JWS Order approving stip and req for addtl stay for one year (10-1);
                         case stayed until 9/1/03. cc: cnsl

    11 -  1  09/17/03    JWS Minute Order that plf file stat rpt by 10/9/03 unless closing papers
                         are sooner fld. cc: cnsl

    12 -  1  10/10/03    PLF 1 Report re: stat w/att exh.

    13 -  1  11/05/03    JWS Minute Order that plf file stat rpt by 4/5/04. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A01-0226--CV (JWS)
                         "W.A. BOTTING CO V WASHINGTON INTL INS CO"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 04/05/04 | PLF 1 Status Report w/att exhs. |
| 15 - 1 | 04/09/04 | JWS Minute Order that plf file updated stat rpt or closing papers by 8/2/04. cc: cnsl |
| 16 - 1 | 08/02/04 | PLF 1 Report re: stat. |
| 17 - 1 | 08/04/04 | JWS Minute Order that further stat rpt due 11/2/04. cc: cnsl |
| 18 - 1 | 11/02/04 | PLF 1 Status Report. |
| 19 - 1 | 11/19/04 | JWS Minute Order that updated stat rpt due 7/25/05. cc: cnsl |
| 20 - 1 | 07/25/05 | PLF 1; DEF 1 Report re: status. |
| 20 - 2 | 07/25/05 | PLF 1; DEF 1 Stipulation to continue stay of proceedings until 1/6/06. |
| 20 - 3 | 07/27/05 | JWS Order approving stip to continue stay of proceedings until 1/6/06 (20-2); further stat rpt or mot for dismissal to be fld 1/6/06. cc: cnsl |