RAYMOND A. ROYCE, ABA #8206060
LAW OFFICE OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK  99503
Telephone:  (907) 258-6792

ROBERT H. CRICK
JOHN H. GUIN
WINSTON & CASHATT
1900 Bank of America Financial Center
601 W. Riverside
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Illinois corporation,<br>Defendant. | Case No. A01-226 CV (JWS) |

**PLAINTIFF'S STATUS REPORT**

COMES NOW plaintiff, by and through their undersigned counsel and hereby provide the next scheduled Status Report with regard to the above-referenced matter pursuant to this court's prior order.

The undersigned has conferred with John H. Guin of Winston & Cashatt, the attorney handling the negotiations with the government. Mr Guin has informed me that the government has settled the claims with plaintiff. However, there continue to be disputes between plaintiff and defendant's principal with regard to division of the settlement funds and other legal issues.

It is plaintiff's view, because the parties have been unable to resolve the remaining matters between themselves, that the stay should be lifted and a scheduling conference held in order that the parties can more accurately define the issues and move this matter toward a judicial resolution. Therefore, it would be plaintiff's request that the stay be lifted and a scheduling conference held in order to determine the most appropriate manner to proceed.

Respectfully submitted this ___ day of January, 2006, at Anchorage, Alaska.

LAW OFFICES OF ROYCE & BRAIN
Attorneys for Plaintiff


/s/ Raymond H. Royce
Raymond H. Royce, ABA #8206060

CERTIFICATE OF SERVICE

I hereby certify that on 1/6/06 a true and
correct copy of the foregoing document was
served via U.S. Mail on:

Bruce E. Falconer, Esq.
HICKS, BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Ste. 200
Anchorage, AK 99501

Michael J. Weber, Esq.
LEO & WEBER, P.C.
One North Lasalle Street, Ste. 3600
Chicago, IL 60602


By:_____
    I-Hsin Song