## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*W.A. BOTTLING COMPANY\THE*  v.  *WASHINGTON INTERNATIONAL*
*POOLE & KENT COMPANY, J.V.*       *INSURANCE COMPANY*

THE HONORABLE JOHN W. SEDWICK          CASE NO. A01-226 CV (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 9, 2006

    The court has reviewed the status report at docket 221.  The stay is hereby **VACATED**.  The court will conduct a scheduling and planning conference at **11:00 AM** on **January 13, 2006,** in Courtroom 3.  The parties should be prepared to establish an expedited schedule which will bring this long delayed matter to a swift conclusion.