RAYMOND A. ROYCE, ABA #8206060
LAW OFFICE OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK  99503
Telephone:  (907) 258-6792

ROBERT H. CRICK
JOHN H. GUIN
WINSTON & CASHATT
601 W. Riverside, Suite 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br>                              Plaintiff,<br>       vs.<br><br>WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Illinois corporation,<br>                              Defendant. | Case No. A01-226 CV (JWS) |

### STIPULATION FOR DISMISSAL OF CASE
### WITHOUT PREJUDICE AND WITHOUT COSTS OR FEES

   COME NOW the parties to this action, by and through their undersigned counsel, and

stipulate and agree as follows:

1. The plaintiff, W.A. Botting Company/The Poole & Kent Company, Joint Venture ("BPK"), commenced this against the defendant, Washington International Insurance Company ("WIIC").

2. BPK commenced the action to toll the accrual or running of any statutes of limitation that may not have expired by the time of commencement of this action.

3. This action was previously stayed by the stipulation of the parties pending resolution of disputes involving BPK and WIIC's principal, International Test and Balance, Inc.

4. The parties hereby agree that the purpose of initiating this lawsuit was to toll the accrual or running of any statute of limitation that had not already expired at the time of the commencement of the action.

5. In order that this matter may be taken off the District Court's docket, the parties hereby stipulate and agree that any time under the applicable statute of limitation that had not expired at the time of commencement of this lawsuit: (a) has been tolled since the time of commencement of this lawsuit; and (b) shall continue to be tolled despite the stipulated dismissal of this lawsuit.

6. This agreement to continue the tolling of any applicable statute of limitation shall continue through December 31, 2006, at which time, any time remaining under the applicable statute of limitation, which did not expire prior to commencement of this action, shall begin to run.

7. Based on the continued tolling agreement contained herein, the parties agree that the District Court may dismiss this action without prejudice and without an award of fees or costs to either party.

8. Nothing herein shall be interpreted as a waiver of any rights or defenses available to the parties prior to the filing of this Stipulation or entry of the Court's order dismissing this action without prejudice, under WIIC's surety bond, by contract, statute or in law or equity, all such rights and defenses being fully reserved.

DATED this 17th day of February, 2006.

        LAW OFFICES OF ROYCE & BRAIN
        Counsel for Plaintiff

        /s/ Raymond H. Royce
        1407 W. 31st Ave, 7th Floor
        Anchorage, Alaska 99501
        Phone: (907) 258-6792
        Fax: (907) 276-2919
        E-mail: rroyce@roycebrain.com
        Alaska Bar Association No. 8206060


        BOYD, CHANDLER & FALCONER, LLP
        Counsel for Defendant

        /s/ Raymond H. Royce, per email authorization given 2/17/06
        Bruce E. Falconer, Esq.
        825 W. 8th Avenue, Ste. 200
        Anchorage, AK  99501
        Phone: (907) 272-8401
        Fax: (907) 274-3698
        E-mail: bfalconer@bcf.us.com
        Alaska Bar Association No. 8707062

Michael J. Weber, Esq.
LEO & WEBER, P.C.
One North Lasalle Street, Ste. 3600
Chicago, IL  60602

STIPULATION FOR DISMISSAL OF CASE
WITHOUT PREJUDICE AND WITHOUT COSTS OR FEES - 4