RAYMOND A. ROYCE, ABA #8206060
LAW OFFICE OF ROYCE & BRAIN
1407 W. 31st Avenue, 7th Floor
Anchorage, AK  99503
Telephone:  (907) 258-6792

ROBERT H. CRICK
JOHN H. GUIN
WINSTON & CASHATT
601 W. Riverside, Suite 1900
Spokane, WA  99201
Telephone:  (509) 838-6131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| W.A. BOTTING COMPANY/THE POOLE & KENT COMPANY, JOINT VENTURE, a joint venture consisting of a Washington corporation and a Maryland corporation,<br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>WASHINGTON INTERNATIONAL INSURANCE COMPANY, an Illinois corporation,<br>　　　　　　　　　　　　Defendant. | Case No. A01-226 CV (JWS) |

**PROPOSED ORDER OF DISMISSAL OF CASE**
**WITHOUT PREJUDICE AND WITHOUT COSTS OR FEES**

　　　　Based on the stipulation of the parties, filed on _____, 2006, IT IS HEREBY

ORDERED:

　　　　1.　　This lawsuit is DISMISSED WITHOUT PREJUDICE;

ORDER OF DISMISSAL OF CASE
WITHOUT PREJUDICE AND WITHOUT COSTS OR FEES - 1

      2.      Each party shall bear its own costs and fees; and

      3.      Despite this dismissal, any applicable statute of limitation between the parties to this action shall continue to be tolled until December 31, 2006, at which time, any time remaining under the applicable statute of limitation, which did not expire prior to commencement of this action, shall begin to run.

      DATED this _____ day of February 2006.

      _____

      JUDGE